ONEIDA INDIAN NATION, Appellant, v THE PIKE COMPANY, INC., Respondent. [853 NYS2d 518]—

Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.